John McBride, Esq.   State Bar No. 36458
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, CA 95125
Phone: (408) 979-2920
Fax: (408) 979-2934
jmcbride@wmprlaw.com

**E-Filed 9/21/2011**

Attorneys for Plaintiff,
KIMBERLY MOORE

Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
Lauren M. Cooper, State Bar No. 254580
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com
lmcooper@ebglaw.com

Attorneys for Defendant,
UNILAB CORPORATION DBA QUEST DIAGNOSTICS (erroneously sued herein as "Quest Diagnostics Clinical Laboratories, Inc.")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 10-05975 PSG JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR COMPLETING MEDIATION AND FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: October 18, 2010<br>Trial: None set |

IT IS HEREBY STIPULATED by and between Plaintiff, Kimberly Moore ("Plaintiff") and Defendant Unilab Corporation dba Quest Diagnostics ("Defendant"), through their respective counsel of record herein, as follows:

1. The current deadline to complete mediation in this case is September 30, 2011. The Further Case Management Conference is also scheduled for September 30, 2011. The parties have agreed upon private mediator David Meadows to mediate this matter, and have determined that October 19, 2011 is the next available date following plaintiff's deposition on which the mediation can occur.
2. All necessary participants have set aside October 19, 2011 for mediation, and the parties have retained David Mcadows to mediate the matter on that date.
3. The parties respectfully request that the mediation deadline be continued from September 30, 2011 to October 19, 2011 and the Case Management Conference be vacated pending reassignment and calendaring by the Court.

| DATED: August 25, 2011 | WYLIE, McBRIDE, PLATTEN & RENNER<br><br>By: *[signature]*<br>John McBride, Esq.<br>Attorneys for Plaintiff<br>KIMBERLY MOORE |
|---|---|
| DATED: August 25, 2011 | EPSTEIN BECKER & GREEN, P.C.<br><br>By: *[signature]*<br>Steven R. Blackburn<br>Andrew J. Sommer<br>Lauren M. Cooper<br>Attorneys for Defendant<br>UNILAB CORPORATION DBA QUEST DIAGNOSTICS (erroneously sued herein as "Quest Diagnostics Clinical Laboratories, Inc.") |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for completing mediation be continued from September 30, 2011 to October 19, 2011 and the Further Case Management Conference be vacated pending reassignment and calendaring by the Court.

DATED: 9/21/2011

*[signature]*

THE HONORABLE JEREMY FOGEL

FIRM:16496087v2

Stipulation to Continue Mediation
Case No. CV 10-05975 PSG JF

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):
   **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETING MEDIATION**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   John McBride, Esq.  
   WYLIE, McBRIDE, PLATTEN & RENNER  
   2125 Canoas Garden Avenue, Suite 120  
   San Jose, CA 95125  
   Phone: (408) 979-2920  
   Fax: (408) 979-2934  
   jmcbride@wmprlaw.com

   Attorneys for Plaintiff  
   KIMBERLY MOORE

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

- 4 -

FIRM:16496087v2

Stipulation to Continue Mediation  
Case No. CV 10-05975 PSG JF

c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date)*: August 29, 2011

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 8-29-11 | Stephen J. Miller | *[signature]* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. I delivered the documents on the date shown below to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

At the time of service, I was at least 18 years of age. I am not a party to the above referenced legal proceeding.

I served the envelope or package, as stated above, on *(date)*: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 5 -