John McBride, Esq.   State Bar No. 36458
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, CA 95125
Phone: (408) 979-2920
Fax: (408) 979-2934
jmcbride@wmprlaw.com

Attorneys for Plaintiff,
KIMBERLY MOORE

Steven R. Blackburn   State Bar No. 154797
Andrew J. Sommer   State Bar No. 192844
Lauren M. Cooper   State Bar No. 254580
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:   415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com
lmcooper@ebglaw.com

Attorneys for Defendant,
UNILAB CORPORATION DBA QUEST
DIAGNOSTICS (erroneously sued as "Quest
Diagnostics Clinical Laboratories, Inc.")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. and DOES 1 to 10, inclusive,<br><br>  Defendants. | CASE NO. CV 10-05975 EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ACTION**<br>ORDER |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kimberly Moore and Defendant Unilab Corporation dba Quest Diagnostics ("Defendant"), by and through their respective counsel of record, hereby stipulate that the above action be and hereby is

FIRM:16801091v2

STIPULATION FOR DISMISSAL
Case No. CV 10-05975 PSG JF

1 | dismissed with prejudice, including any and all claims alleged against Defendant, with each
2 | party to bear its or her own attorney's fees and costs.

3 | DATED: November 8, 2011        WYLIE, McBRIDE, PLATTEN & RENNER.

By: _____
John McBride
Attorneys for Plaintiff
KIMBERLY MOORE

DATED November 8, 2011         EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn
Andrew J. Sommer
Lauren M. Cooper
Attorneys for Defendant
UNILAB CORPORATION DBA QUEST DIAGNOSTICS (erroneously sued as "Quest Diagnostics Clinical Laboratories, Inc.")

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

- 2 -

FIRM:16801091v2                    STIPULATION FOR DISMISSAL
                                   Case No. CV 10-05975 PSG JF