1  John McBride, Esq.   State Bar No. 36458
2  WYLIE, McBRIDE, PLATTEN & RENNER
   2125 Canoas Garden Avenue, Suite 120
3  San Jose, CA 95125
   Phone: (408) 979-2920
4  Fax: (408) 979-2934
   jmcbride@wmprlaw.com
5

6  Attorneys for Plaintiff,
   KIMBERLY MOORE
7

8  Steven R. Blackburn   State Bar No. 154797
   Andrew J. Sommer      State Bar No. 192844
   Lauren M. Cooper      State Bar No. 254580
9  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
10 San Francisco, California 94111-5427
   Telephone:   415.398.3500
11 Facsimile:   415.398.0955
   sblackburn@ebglaw.com
12 asommer@ebglaw.com
   lmcooper@ebglaw.com
13

14 Attorneys for Defendant,
   UNILAB CORPORATION DBA QUEST
15 DIAGNOSTICS (erroneously sued as "Quest
   Diagnostics Clinical Laboratories, Inc.")

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19 | KIMBERLY MOORE, | CASE NO. CV 10-05975 EMC |
20 | Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ACTION** |
21 | v. | ORDER |
22 | QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. and DOES I to 10, inclusive, | |
23 | | |
24 | Defendants. | |

25

26     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kimberly

27 Moore and Defendant Unilab Corporation dba Quest Diagnostics ("Defendant"), by and through

28 their respective counsel of record, hereby stipulate that the above action be and hereby is

FIRM:16801091v2                                           STIPULATION FOR DISMISSAL
                                                          Case No. CV 10-05975 PSG JF

1 dismissed with prejudice, including any and all claims alleged against Defendant, with each
2 party to bear its or her own attorney's fees and costs.

3 DATED: November 8, 2011          WYLIE, McBRIDE, PLATTEN & RENNER.

4
5                                  By: _____
                                       John McBride
6                                  Attorneys for Plaintiff
                                   KIMBERLY MOORE
7

8 DATED November 8, 2011           EPSTEIN BECKER & GREEN, P.C.
9
10                                 By: _____
                                       Steven R. Blackburn
11                                     Andrew J. Sommer
                                       Lauren M. Cooper
12                                 Attorneys for Defendant
                                   UNILAB CORPORATION DBA QUEST
13                                 DIAGNOSTICS (erroneously sued as "Quest
                                   Diagnostics Clinical Laboratories, Inc.")
14

15    IT IS SO ORDERED:

16

17    _____
      Edward M. Chen
18    U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

FIRM:16801091v2                                           - 2 -                    STIPULATION FOR DISMISSAL
                                                                                   Case No. CV 10-05975 PSG JF